**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed February 10, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00600-CV

---

**IN RE LARRY TAYLOR, IN HIS OFFICIAL CAPACITY AS STATE SENATOR FOR DISTRICT 11, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14CV0395**

---

## MEMORANDUM OPINION

On July 24, 2014, relator Larry Taylor, in his official capacity as State Senator for District 11, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In his petition, relator asks this court to compel the presiding judge of the 212th District Court of Galveston County to vacate an order that denied relator's motion to quash

a deposition subpoena and subpoena duces tecum or for a protective order, and that granted a motion to compel the deposition of relator.

On November 3, 2014, we abated this original proceeding in order to enable the parties in the underlying litigation to finalize a settlement that would obviate the need for the challenged discovery. In our abatement order, we directed relator to periodically advise this court of the status of the settlement discussions in the underlying litigation. In fulfillment of that requirement, relator filed a letter with this court on February 3, 2015, stating that "the discovery issues and rulings giving rise to this mandamus proceeding are now moot." Relator further enclosed with his letter a copy of an agreement between the parties to this original proceeding that resolves the discovery dispute at issue in this proceeding.

Based on relator's representation to this court and the corresponding agreement he has provided, relator's request for mandamus relief has been rendered moot. Accordingly, we dismiss as moot relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.